# Court of Appeals
# of the State of Georgia

ATLANTA,    August 19, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2292.  IN RE: ESTATE OF ANGIE C. SCROGGINS.**

Wesley C. Bateman appealed to this Court from the trial court's order finding the will of Angie C. Scroggins to be invalid. However, the Georgia Supreme Court has appellate jurisdiction in all cases involving wills. See Ga. Const. of 1983, Art. VI, Sec. VI, Para. III. The Supreme Court has defined such cases as those "in which the will's validity or meaning is in question." *In re: Estate of Gwendolyn H. Lott*, 251 Ga. 461 (306 SE2d 920) (1983). Accordingly, we lack jurisdiction over this appeal, which is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 08/19/2014
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*